# EXHIBIT A

# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Purchased/Filed: March 22, 2022
Index # 19 CV 4239 (FB)(SJB)

UNITED STATES OF AMERICA AND STATE OF NEW YORK, ET ANO — Plaintiff

against

MAIMONIDES MEDICAL CENTER, ET ANO — Defendant

STATE OF NEW YORK
COUNTY OF ALBANY    SS.:

_____James Perone_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___March 23, 2022___, at ___11:00 AM___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

SUMMONS IN A CIVIL ACTION AND SECOND AMENDED COMPLAINT

on ___MAIMONIDES MEDICAL CENTER___, the Defendant in this action, by delivering to and leaving with ___Nancy Dougherty___, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee __40__ dollars; That said service was made pursuant to Section __306 Not for Profit Corporation Law__. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served:  Approx. Age: __55-60__   Approx. Wt: __130lbs__   Approx. Ht: __5'3"__
Color of skin: __White__   Hair color: __Black__   Sex: __Female__   Other: _____

Sworn to before me on this
__23rd__ day of March 2022

SCOTT SCHUSTER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SC6308636
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES JULY 28, 2022

James Perone
Attny's File No.
Invoice•Work Order # S1874513

SERVICO, INC., P.O. BOX 871, ALBANY, NY 12201

**From:** Isaiah_Herrera@NYED.USCOURTS.GOV,
**To:** boruchw@cs.com,
**Subject:** RE: 1:19-cv-04239-RPK-SJB
**Date:** Fri, Mar 25, 2022 12:26 pm
**Attachments:**

---

Hi Bernie,

It has been put on the docket.

Best,



### Aaron Isaiah Herrera

*Case Processing Clerk*

**(718)613-2266**

*Isaiah_Herrera@nyed.uscourts.gov*

United States District Court (E.D.N.Y)
*225 Cadman Plaza East, Brooklyn, NY 11201-1832*

https://www.nyed.uscourts.gov/

---

**From:** boruchw@cs.com <boruchw@cs.com>
**Sent:** Friday, March 25, 2022 12:23 PM
**To:** Aaron Herrera <Isaiah_Herrera@NYED.USCOURTS.GOV>
**Subject:** Re: 1:19-cv-04239-RPK-SJB

**CAUTION - EXTERNAL:**

Hi Aaron:

Attached are the Affidavits of Service (2) on the defendants which were both served on the same date.

Thanks for your help.  Have a nice weekend.

Bernie Weinreb

Sincerely,

Bernard Weinreb, Attorney at Law
2 Perlman Drive - Suite 310
Spring Valley, NY 10977
Phone: 845-369-1019
Cell:  845-709-2090
boruchw@cs.com


-----Original Message-----
From: Aaron Herrera <Isaiah_Herrera@NYED.USCOURTS.GOV>
To: boruchw@cs.com <boruchw@cs.com>
Sent: Fri, Mar 25, 2022 12:19 pm
Subject: 1:19-cv-04239-RPK-SJB

Hello,

As per our phone call, please send me the summons returned executed.

Thanks!



**Aaron Isaiah Herrera**
*Case Processing Clerk*
**(718)613-2266**
**Isaiah_Herrera@nyed.uscourts.gov**
**United States District Court (E.D.N.Y)**
*225 Cadman Plaza East, Brooklyn, NY 11201-1832*
https://www.nyed.uscourts.gov/


**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.