UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA and
STATE OF NEW YORK
ex. Rel. Yitzchok Zylberberg
           Relator & Plaintiff

   -against-

MAIMONIDES MEDICAL CENTER and
MMC PHARMACY, INC.,
        Defendants.
-------------------------------------------------------------X

Civil Action No.
19 cv 4239 (RPK)(SJB)

**CERTIFICATE OF DEFAULT**

    I, Brenna B. Mahoney, Clerk of the Court of the Unitied States District Court for the Eastern District of New York, do hereby certify that the defendants, MAIMONIDES MEDICAL CENTER and MMC PHARMACY, INC., have not filed an answer or otherwise moved with respect to the complaint herein. The default of defendants, MAIMONIDES MEDICAL CENTER and MMC PHARMACY, INC., is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York

May 16, 2022                    BRENNA B. MAHONEY, Clerk of Court

                                    By: _Jalitza Poveda_
                                        Deputy Clerk