**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UNITED STATES OF AMERICA and STATE OF NEW YORK *ex rel.* YITZCHOK ZYLBERBERG,<br><br>    Relator & Plaintiff,<br><br>-against-<br><br>MAIMONIDES MEDICAL CENTER AND MMC PHARMACY, INC.<br><br>    Defendants. | Case No. 1:19-cv-04239-RPK-SJB<br><br>**NOTICE OF MOTION TO**<br>**ADMIT COUNSEL PRO HAC VICE** |

To:    All Counsel of Record

PLEASE TAKE NOTICE that upon the annexed declaration in support of this motion and the Certificates of Good Standing annexed thereto, I, Lori A. Rubin, a member of the firm of Foley & Lardner LLP and a member in good standing of the bars of the Commonwealth of Virginia and District of Columbia, will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing my admission as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Defendants Maimonides Medical Center and MMC Pharmacy, Inc. There are no pending disciplinary proceedings against me in any state or federal court.

Dated: June 24, 2022

                                                  Respectfully submitted,

                                                */s/ Lori A. Rubin*
                                                Lori A. Rubin, Esq.
                                                **FOLEY & LARDNER LLP**
                                                3000 K Street, N.W., Suite 600
                                                Washington, DC 20007-5109
                                                Tel.: (202) 295-4760
                                                Fax: (202) 672-5399
                                                larubin@foley.com
                                                *Attorneys for Defendants*

4845-5993-8038.2